**Order filed June 3, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-12-00694-CR**
_____

**WILLIAM DOUGLAS LAW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1354133**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exibit 24, Houston Emergency Center business records w/CD (physical).**

The clerk of the 180th District Court is directed to deliver to the Clerk of this court the original of State's Exibit 24, Houston Emergency Center business records w/CD (physical), on or before **June 13, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exibit 24, Houston Emergency Center business records w/CD (physical), to the clerk of the 180th District Court.

PER CURIAM